UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>    Petitioner,<br><br>    v.<br><br>JOEL MARTINEZ AND SCOTT KERNAN,<br><br>    Respondents. | No. 2:17-cv-0444 KJN P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner is incarcerated in Kern County, which is in the Fresno Division of this district. Petitioner's application attacks a conviction issued by the Los Angeles County Superior Court, which is located within the jurisdiction of the United States District Court for the Central District of California.

Pursuant to 28 U.S.C. § 2244(d)(1), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. While both this court and the United States District Court for the Central District of California have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are

1 | more readily available in Los Angeles County  Id. at 499 n.15; 28 U.S.C. § 2241(d).

2 |     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
3 | transferred to the United States District Court for the Central District of California.

4 | Dated: March 23, 2017

6 |                               KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

8/9 | Patt444.108